# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA GOTTSCHALK,** | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 2:19-cv-00264-JFC |
| **CREDIT ONE BANK, N.A.,** | |
| Defendant. | |

## JOINT STIPULATION TO STAY PENDING COMPLETION OF ARBITRATION

Defendant Credit One Bank, N.A. ("Defendant") and Plaintiff Rebecca Gottshalk ("Plaintiff") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate and agree as follows:

1. The Parties are subject to a contractual agreement to submit the claims in Plaintiff's Complaint (Dkt. 1) to private binding arbitration.

2. The Parties hereby agree to stay the instant proceedings and to proceed through private binding arbitration.

3. The Parties hereby jointly request that this Court stay these proceedings in their entirety until the arbitration is completed.

**IT IS SO STIPULATED.**

| | | | |
|---|---|---|---|
| By: | /s/ *Alla Gulchina* | By: | /s/ *Jonathan M. Marmo* |
| | Alla Gulchina, Esq. | | Jonathan M. Marmo, Esquire |
| | **PRICE LAW GROUP, APC** | | **REED SMITH, LLP** |
| | *Attorney for Plaintiff,* | | *Attorney for Defendant,* |
| | *Rebecca Gottshalk* | | *Credit One Bank, N.A.* |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA GOTTSCHALK,** | CIVIL ACTION |
| Plaintiff, | No. 2:19-cv-00264-JFC |
| v. | |
| **CREDIT ONE BANK, N.A.,** | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I, Jonathan Marmo, hereby certify that a true and correct copy of the foregoing Joint Stipulation to Stay Pending Completion of Arbitration is being electronically filed this Twenty Ninth day of April 2019, and is being served upon and available for viewing and downloading from the Court's Electronic Case Files upon Plaintiff's counsel of record, addressed as follows:

> Alla A. Gulchina
> Price Law Group APC
> Hoboken 86 Hudson Street
> Hoboken, NJ 07030
> 818-995-4540
> Fax: 818-995-4540
> Email: Alla@pricelawgroup.com

> /s/ *Jonathan M. Marmo*
> Jonathan M. Marmo

Dated:  April 29, 2019

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA GOTTSCHALK,** | : |
| **Plaintiff,** | : CIVIL ACTION |
| v. | : No. 2:19-cv-00264-JFC |
| **CREDIT ONE BANK, N.A.,** | : |
| **Defendant.** | : |

## **ORDER**

**AND NOW**, this _____ day of ____ 2019, upon consideration of the parties' Joint Stipulation to Stay Pending Completion of Arbitration, it is hereby ORDERED and DECREED that this action is stayed in its entirety pending completion of arbitration.

**BY THE COURT**

_____
**Honorable Joy Flowers Conti**
**United States District Court**