## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **REBECCA GOTTSCHALK,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : |
| | : |
| **CREDIT ONE BANK, N.A.,** | : |
| | : |
| **Defendant.** | : |
| | : |

CIVIL ACTION

No. 2:19-cv-00264-JFC

## ORDER

    **AND NOW**, this   30th  day of April 2019, upon consideration of the parties' Joint Stipulation to Stay Pending Completion of Arbitration, it is hereby ORDERED and DECREED that this action is stayed in its entirety pending completion of arbitration and the case will be administratively closed.  Upon completion of the arbitration, a party may file a motion to reopen this case.

                        **BY THE COURT**


                        /s/ Joy Flowers Conti
                        **Honorable Joy Flowers Conti**
                        **United States District Court**